

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 24, 2014

**By ECF**
The Honorable Michael H. Dolinger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

     Re:    *United States v. First Funds, LLC,* Case No. 10 Civ. 6540 (JGK) (MHD)

Dear Judge Dolinger:

     This Office represents the United States, plaintiff in this tortious conversion and tax collection action against defendants First Funds, LLC ("First Funds"), and Principis Capital, LLC ("Principis"). Judge Koeltl referred this matter to Your Honor for general pretrial matters including discovery and scheduling. On behalf of the Government and Principis, we respectfully request a short extension of the due date for the filing of summary judgment motions and/or the joint pre-trial order currently due on June 26. The request is made to allow the parties to finalize the terms of a settlement agreement tentatively reached on Monday. Terms of the settlement agreement are awaiting review and approval by the Tax Division of the Department of Justice.

     If the request is granted, the parties respectfully suggest that the June 26 due date for dispositive motions or the joint pre-trial order be extended by one week, to July 3, with the remaining pre-trial discovery schedule accordingly adjusted by one week.

     We thank the Court for its consideration of the request.

                              Respectfully,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

               By:    /s/ Brandon Cowart
                         BRANDON H. COWART
                         Assistant United States Attorney
                         Telephone: (212) 637-2693

cc: <u>By ECF</u>
Scott E. Silberfein, Esq.
*Counsel for Defendant Principis Capital, LLC*